NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CONSTRUCTION EQUIPMENT COMPANY**

---

2010-1507
(Reexamination No. 90/008,447)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**O R D E R**

The Director of the United States Patent and Trademark Office moves for a 14-day extension of time, until March 21, 2011, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**MAR 0 3 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Peter E. Heuser, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 03 2011

JAN HORBALY
CLERK